# United States Probation and Pretrial Services Office
## Pretrial Services Division
## District of Arizona



☒ FILED ☐ LODGED

**Feb 13, 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**U. S. A. vs. Arturo Arias-Flores**
**Docket No. 2:25-cr-00683-SPL-1**
**AUSA: Sheila Phillips**
**Defense Attorney: Kevin Lee Burns**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **CYNTHIA MENDEZ**, PROBATION OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Arturo Arias-Flores</u>, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 21st day of May, 2025, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1)     The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by the Pretrial Services Division. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

On February 11, 2026, the defendant submitted a presumptive positive for marijuana. The defendant admitted to using marijuana on February 7, 2026.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY RELEASE CONDITIONS SHOULD NOT BE REVOKED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to order that the defendant be brought before the Court for a revocation hearing.

Page 2
RE:  Arturo Arias-Flores
February 12, 2026


Cynthia  Mendez
U.S. Probation Officer
Pretrial Services Division

February 12, 2026
**Date**

**Reviewed by**

Emmanuel  Briseno
Supervisory U.S. Probation Officer
Pretrial Services Division

February 12, 2026
**Date**

**ORDER OF COURT**

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the defendant be brought before the Court. Considered and ordered this  13th  day of February, 2026, and ordered filed and made a part of the records in the above case.


**The Honorable STEVEN P. LOGAN**
**United States District Judge**